Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida 

Gainesville Division

| | |
|---|---|
| CAMMERON DEWAYNE SMITH | Case No. 1:23cv92 MW HTC |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ✔ Yes ☐ No |
| **-v-** | |
| ALACHUA COUNTY SCHOOL BOARD, KAREN CLARKE, PAUL WHITE, BART BROOKS, JAMES SPEER, BEVERLY FINLEY, and DONNA JONES | |
| *Defendant(s)* | HI |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CAMMERON DEWAYNE SMITH |
| Street Address | P.O. Box 632 |
| City and County | Bronson, Levy |
| State and Zip Code | Florida, 32621 |
| Telephone Number | (352) 209-4763 |
| E-mail Address | aanewcogic1@gmail.com |

   B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

FILED USDC FLND GN
APR 14 '23 PM4:07

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | ALACHUA COUNTY SCHOOL BOARD |
| Job or Title *(if known)* | |
| Street Address | 1800 Hawthorne Rd |
| City and County | Gainesville, Alachua |
| State and Zip Code | Florida, 32601 |
| Telephone Number | (352) 955-7461 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | KAREN CLARKE |
| Job or Title *(if known)* | Super Intendant of Public Schools |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | PAUL WHITE |
| Job or Title *(if known)* | Assistant Superintendent-Operations |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | BART BROOKS |
| Job or Title *(if known)* | Human Resource Manager |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 5

| | |
|---|---|
| Name | JAMES SPEER |
| Job or Title *(if known)* | Director of Transportation |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number E-mail Address *(if known)* | |

Defendant No. 6

| | |
|---|---|
| Name | BEVERLY FINLEY |
| Job or Title *(if known)* | Human Resources |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number E-mail Address *(if known)* | |

Defendant No. 7

| | |
|---|---|
| Name | DONNA JONES |
| Job or Title *(if known)* | Assistant Super Intendant of Public Schools |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number E-mail Address *(if known)* | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. §1983
14th Amendement - Violation of due process
29 U.S.C. § 1161

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)*   CAMMERON DEWAYNE SMITH                    , is a citizen of the State of *(name)*   Florida                    .

b.   If the plaintiff is a corporation

The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    ,

and has its principal place of business in the State of *(name)*

                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)*   KAREN CLARKE                    , is a citizen of the State of *(name)*   Florida                    . Or is a citizen of *(foreign nation)*                    .

2.      The Defendant(s)

      a.      If the defendant is an individual

          The defendant, PAUL WHITE, is a citizen of the State of Florida. Or is a citizen of

          *(foreign nation)* _____ .


    The Defendant(s)

      a.      If the defendant is an individual

          The defendant, BART BROOKS, is a citizen of the State of Florida. Or is a citizen of

          *(foreign nation)* _____ .


    The Defendant(s)

      a.      If the defendant is an individual

          The defendant, JAMES SPEER, is a citizen of the State of Florida. Or is a citizen of

          *(foreign nation)* _____ .


The Defendant(s)

      a.      If the defendant is an individual

          The defendant, BEVERLY FINLEY, is a citizen of the State of Florida. Or is a citizen of

          *(foreign nation)* _____ .


The Defendant(s)

      a.      If the defendant is an individual

          The defendant, DONNA JONES, is a citizen of the State of Florida. Or is a citizen of

          *(foreign nation)* _____ .

     b.    If the defendant is a corporation

The defendant, *(name)* <u>ALACHUA COUNTY SCHOOL BOARD</u>, is incorporated under the laws of the State of *(name)* <u>Florida</u>, and has its principal place of business in the State of *(name)* <u>Florida</u>.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000.00 (ONE MILLION DOLLARS), including but not limited to; damages based on Defendants' breach of contractual duty which led to multiple violations of my Constitutional rights.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Impairment of reputation, personal humiliation; Lost or diminished earnings; financial, psychological, and/or physical injuries caused by the wrongful conduct of Defendants.

## STATEMENT OF CLAIM

On or about April 18, 2018 preparing to take my required DOT physical. I was approached by transportation manager James Speer demanding to speak to me. I stated, "Not until my DOT physical was complete". I was very verbal as he approached me several more times in the presence of other employees, I continued to object telling him that I would gladly speak to him after my DOT physical was completed. Speer left and came back kneeling next to me, striking me on my right leg. He then snatched my DOT physical form out of my hand and wrote on it, "APPEAL". On April 18, 2018, I was in the dispatch area doing my job when Speer began following me into the dispatch area and then outside, attempting to provoke me. On April 19, 2018, I filed a formal complaint with Beverly Finley.

To this date, I have never received any disposition regarding my formal complaint.

On June 7, 2018, I requested the following from Donna Jones:

1. Report of Investigation
2. List of all witnesses
3. List of all witness statement
4. Dates witnesses were interviewed
5. Where the witnesses were interviewed
6. And/or the complete time-framed from the preliminary phase of the investigation until the final disposition of the investigation completed.

Because the aforementioned people failed to do anything about this situation or follow protocol, my civil and constitutional rights were directly violated.

James Speer also called the Alachua County Sheriff's Office alleging I was at work trying to hurt him, further violating my rights. I received a phone call telling me to stay away from work. I advised the caller that I filed a complaint against James Speer and would not be returning to the Transportation Department. The caller advised there were law enforcement officers in the office and on the roof with riffles and not come whatever I do. Later that day I was in Publix Supermarket and five employees saw me and stating, "There goes Dewayne", and ran. Because of my rights being violated, it took an emotional, mental, and physical toll on me, and I had to be hospitalized for four days.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              04/13/2023

Signature of Plaintiff

Printed Name of Plaintiff        CAMMERON DEWAYNE SMITH

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO: _____

## CERTIFICATE OF SERVICE

I, CAMMERON DEWAYNE SMITH, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by ☒ U.S. Mail, ☐ electronic mail, ☐ other - _____ on this 14th day of April, 2023, to: ALACHUA COUNTY SCHOOL BOARD at; 1800 Hawthorne Rd, Gainesville, Florida 32601.

Dated this 14th day of April, 2023

_____
Signature
CAMMERON DEWAYNE SMITH
P.O. Box 632
Bronson, Florida 32621
(352) 209-4763

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


CASE NO: _____


## <u>CERTIFICATE OF SERVICE</u>

I, CAMMERON DEWAYNE SMITH, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by ☐ U.S. Mail, ☐ electronic mail, ☐ other - _____ on this _____ day of _____, 2023, to: KAREN CLARKE at; _____.


Dated this _____ day of April, 2023

_____
Signature
CAMMERON DEWAYNE SMITH
P.O. Box 632
Bronson, Florida 32621
(352) 209-4763

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

CASE NO: _____

**CERTIFICATE OF SERVICE**

      I, CAMMERON DEWAYNE SMITH, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by ☐ U.S. Mail, ☐ electronic mail, ☐ other - _____ on this _____ day of _____, 2023, to: PAUL WHITE at; _____.

Dated this _____ day of April, 2023

                                           _____
                                           Signature
                                           CAMMERON DEWAYNE SMITH
                                           P.O. Box 632
                                           Bronson, Florida 32621
                                           (352) 209-4763

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

CASE NO: _____

**<u>CERTIFICATE OF SERVICE</u>**

I, CAMMERON DEWAYNE SMITH, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by ☐ U.S. Mail, ☐ electronic mail, ☐ other - _____ on this _____ day of _____, 2023, to: BART BROOKS at; _____.

Dated this _____ day of April, 2023

_____
Signature
CAMMERON DEWAYNE SMITH
P.O. Box 632
Bronson, Florida 32621
(352) 209-4763

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

CASE NO: _____

## <u>CERTIFICATE OF SERVICE</u>

I, CAMMERON DEWAYNE SMITH, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by ☐ U.S. Mail, ☐ electronic mail, ☐ other - _____ on this _____ day of _____, 2023, to: JAMES SPEER at; _____.

Dated this _____ day of April, 2023

_____
Signature
CAMMERON DEWAYNE SMITH
P.O. Box 632
Bronson, Florida 32621
(352) 209-4763

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

CASE NO: _____

### **CERTIFICATE OF SERVICE**

      I, CAMMERON DEWAYNE SMITH, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by ☐ U.S. Mail, ☐ electronic mail, ☐ other - _____ on this _____ day of _____, 2023, to: BEVERLY FINLEY at; _____.

Dated this _____ day of April, 2023

                                        _____
                                        Signature
                                        CAMMERON DEWAYNE SMITH
                                        P.O. Box 632
                                        Bronson, Florida 32621
                                        (352) 209-4763

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

CASE NO: _____

**<u>CERTIFICATE OF SERVICE</u>**

I, CAMMERON DEWAYNE SMITH, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by ☐ U.S. Mail, ☐ electronic mail, ☐ other - _____ on this _____ day of _____, 2023, to: DONNA JONES at; _____.

Dated this _____ day of April, 2023

_____
Signature
CAMMERON DEWAYNE SMITH
P.O. Box 632
Bronson, Florida 32621
(352) 209-4763