IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CAMMERON DEWAYNE SMITH,**

  *Plaintiff*,

v.                                             Case No.: 1:23cv92-MW/HTC

**ALACHUA COUNTY
SCHOOL BOARD, et al.,**

  *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED for lack of subject matter jurisdiction**." The Clerk shall close the file.

**SO ORDERED on May 16, 2023.**

                                        s/Mark E. Walker                    
                                        **Chief United States District Judge**